IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LESLIE MONTGOMERY**
ADC #086768                                                                                           **PETITIONER**

v.                                      No. 4:25-cv-449-DPM

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                                **RESPONDENT**

## ORDER

On *de novo* review, the Court adopts the recommendation, Doc. 2, as modified and overrules Montgomery's objections, Doc. 5. Fed. R. Civ. P. 72(b)(3). The Court will dismiss Montgomery's petition without prejudice; that's the modification. Montgomery must get permission from the United States Court of Appeals for the Eighth Circuit before this Court can proceed. 28 U.S.C. § 2244(b)(3)(A). No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2). Montgomery's motion for clarification, Doc. 3, is denied. His motion for an extension of time to file objections, Doc. 4, is granted. His objections, Doc. 5, were timely filed.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 June 2025