IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LESLIE MONTGOMERY
ADC #086768                                                            PETITIONER

v.                          No. 4:25-cv-449-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                                        RESPONDENT

## JUDGMENT

Montgomery's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 June 2025